IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

James McConico, Jr.
   Plaintiff

2018 AUG 31 A 10: 35

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

v

Case No. 2:18-cv-772-WKW

Wal-Mart Stores Inc.
CEOs Mike Duke and Bill Simon
Mary Doe, et al,
   defendants

DEMAND FOR JURY TRIAL

## JURISDICTION

Title 28, Section 1332(A)(3)(4)(c), United States Code Diversity of Citizenship

Demand for a jury trial

## COMPLAINT

### COUNT I

The Defendant's Wal-Mart Store [herein after Wal-Mart] and employee __Mary Doe__ [herein after __Doe__] have engaged in the business practice of advertisement to offer an inducement to McConico and other citizens to obtain a Wal-Mart money card. The advertisement is misleading and false as Wal-Mart fails to reveal facts material to the consequences which result from use of the commodity "Wal-Mart money card".

The advertisemnent on Wal-Mart websites induces McConico to believe that usage of a Wal-Mart money card is simple to obtain and that McConico has access for usage of his money to use primarily at Wal-Mart and a debit card for other usages. The Wal-Mart advertisement fails to notify and explain to McConico that Wal-Mart could and would take control of his money placed on Wal-Mart money card at their discretion for any reason it

1.

deemed to release monies or close his account and mail a check for him at his residence address given when McConico opened the account. If the defendants had made this material disclosure in its advertisement, McConico would not have opened an account securing a Wal-Mart money card.

On or about the year 2017 or earlier, McConico acted on the false, misleading information of Wal-Mart's on their website and applied for and approved a Wal-Mart money card. McConico had the card mailed to his family home residence at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Birmingham, AL 35234 due to his incarceration in the Alabama Department of Corrections. McConico used this card primarily for purchasing needs for his grandchildren. On or about 2018 his mother, Gloria McConico accidently threw his Wal-Mart Money card away, she is in her 80 years of age, with $1,200 plus on it. McConico called Wal-Mart and explained this to their employee Mary Doe and she cancelled the old card and ordered a new one mailed to him.

McConico received the replacement card and attempted to activate the new replacement Wal-Mart money card and was told that he had to mail Driver's Liscence, passport, and other forms of ID to Wal-Mart to remove the block off his card by the pre-recorded phone prompts. McConico called Customer Service defendant Mary Doe and explained to her the circumstances - what happened to his card and why he ordered a new one and that he was incarcerated without the ID they were requesting. The defendant, Mary Doe, told McConico that without this ID his

2.

money would not be released to him. McConico directed the defendant to close his account and mail his money in a check to the address on the account. The defendant told McConico that his money would not be released to him. McConico told the defendant that Wal-Mart can not just take his money, that they would be unjustly enriching themselves. Defendant still failed to release or close his account and mail his balance to his mother's address on the account.

Wal-Mart defendants, CEOs Mike Duke and Bill Simon, are policy makers and negligently failed to establish advertisement procedures and disclosure provisions that were material to the usage control and release of McConico's money if they decided not to do business with him using their Wal-Mart money card. This misleading advertisement led McConico to order a Wal-Mart money card that was false and misleading and incomplete as it failed to reveal facts material to McConico the consequences which resulted in placing money on their card and not informing him of the control and seizure of his money by Wal-Mart resulting from the usage and placing of McConico's money in their possession — — — — — using their commodity, the Wal-Mart money card, if he had no ID to warrant keep doing business with McConico.

Due to Wal-Mart's false, misleading advertisement and failure to disclose material facts regarding the securing, use, and control of his money by Wal-Mart, Wal-Mart has unjustly enriched itself by refusal to release his money, close his account, and return his money, thereby depriving McConico of interest, the ability to buy

3.

school needs for his grandchildren, and usage of his money in other investments.

The defendant's Wal-Mart et al, defrauded, mislead, and bait offering their Wal-Mart money card without adequately disclosing that they could seize and unlawfully control of McConico's money and deny him the right to close his account in the event of financial or identity disputes between McConico and defendants.

### RELIEF

1. McConico demands compensatory damages in the amount of $150,000.
2. McConico demands punitive damages in the amount of one million dollars due to the willful negligence, malicious baiting, and false advertisement to build a consumer base for usage of McConico's money.
3. McConico demands that a judgement be entered that Wal-Mart, et al, baiting, false advertisement, negligent and unjust enrichment is a violation of the law(s) and must stop.
4. McConico demands a total monetary judgement in the amount of $1,150,000.00.

*James McConico, Jr.*
8/20/18

4.

Mr. James McConico, Jr.
#117395 - 02 - 14A
P.O. Box 5107
Union Springs, AL. 36089



"Legal Mail"

To: Office of the Clerk
United States District Court
For the Middle District of Alabama
1 Church Street
Montgomery, AL. 36104.